DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARJORIE BRANFORD,**
Appellant,

v.

**AMERICAN INTEGRITY INSURANCE COMPANY OF FLORIDA,**
Appellee.

No. 4D19-1642

[June 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE-16-003198.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

Bretton C. Albrecht and Caryn L. Bellus of Kubicki Draper, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ, JJ., and CURLEY, JOSEPH, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***